

# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2016

No. 04-16-00378-CV

Sandra Lynn **BURGER**,
Appellant

v.

Daryl Glenn **BURGER**,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV 15-0000124
Honorable M. Rex Emerson, Judge Presiding

## O R D E R

Appellant Sandra Burger has filed an affidavit of indigence. Appellee David Burger, court reporter Paul Beaver and the trial court clerk have filed contests to appellant's affidavit of indigence. We ABATE this appeal and refer the contest to the trial court. *See* TEX. R. APP. P. 20.1(h)(4). We ORDER the trial court to conduct a hearing or sign an order extending the time to conduct a hearing within 10 days of receiving this order. *See* TEX. R. APP. P. 20.1(i)(2)(B). However, the trial court may not order the time for conducting a hearing on a contest to be extended for more than 20 days from the date the order is signed. *See* TEX. R. APP. P. 20.1(i)(3). Furthermore, the trial court must notify the parties and the appropriate court reporter of the setting. *See* TEX. R. APP. P. 20.1(i)(1). At the hearing, "the party who filed the affidavit of indigence must prove the affidavit's allegations." TEX. R. APP. P. 20.1(g)(1). "If the indigent party is incarcerated at the time the hearing on a contest is held, the affidavit must be considered as evidence and is sufficient to meet the indigent party's burden to present evidence without the indigent party's attending the hearing." TEX. R. APP. P. 20.1(g)(1). "Unless–within the period set for the hearing–the trial court signs an order sustaining the contest, the affidavit's allegations will be deemed true . . ., and the party will be allowed to proceed without advance payment of costs." TEX. R. APP. P. 20.1(i)(4).

We further ORDER the trial court, <u>within 40 days from the date of this order</u>, to prepare a written order and written findings of fact and conclusions of law regarding its indigence determination. We further ORDER the trial court clerk, <u>within 10 days of the trial court's filing of its findings of fact and conclusions of law</u>, to file a supplemental clerk's record, containing (1) any contest filed in the trial court; (2) the trial court's order; (3) the trial court's findings of fact

and conclusions of law; (4) the judgment being appealed; (5) any post-judgment motions; (6) the notice of appeal; and (7) the court's docket sheet. And, we ORDER the court reporter to prepare and file the reporter's record of the trial court's hearing as soon as practicable but in no event later than 60 days from the date of this order.

We ORDER the clerk of this court to serve this order on the parties, the trial court clerk, the court reporter, and the trial court judge. All other appellate deadlines are suspended until further order of this court.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court